UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE L. GERRITY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. C12-5358-RSL<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff has moved for EAJA fees of $4,326.34 and expenses of $17.25. Dkt. 19. The Commissioner has no objection to the motion. Dkt. 21. The Court recommends plaintiff's motion be granted. Because the Commissioner does not object to the motion, the Court recommends United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and grant plaintiff's motion for fees and expenses. A proposed order is attached to this recommendation.

DATED this 14th day of May, 2013.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION - 1