UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE L. GERRITY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C12-5358RSL<br><br>**ORDER GRANTING EAJA FEES AND EXPENSES** |

The Court having considered the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, **ORDERS**:

(1)   The Court adopts the Report and Recommendation.

(2)   $4,326.34 in EAJA attorney fees and $17.25 in expenses shall be awarded to plaintiff under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) and delivered to plaintiff's counsel Robert A. Friedman.  If the U.S. Department of Treasury determines plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then a check for the EAJA fees and expenses shall be made payable to plaintiff's attorney, Robert A. Friedman, based upon plaintiff's assignment of these amounts to him.

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

ORDER GRANTING EAJA FEES AND
EXPENSES - 1

1    DATED this 14th day of May, 2013.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER GRANTING EAJA FEES AND
EXPENSES - 2